AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25 MJ 802 |
| Patel, et al (Lakhmichand Lohani) | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lakhmichand Lohani, (co-counsel with lead counsel Marc Fernich, Esq.)                                .

Date:     03/22/2025

/S/
*Attorney's signature*

Robert Caliendo, Esq. (RC1515)
*Printed name and bar number*
31 W. 34th St., 7th Fl., NY NY 10001

*Address*

rc@caliendo-law.com
*E-mail address*

(917) 689-0114
*Telephone number*

*FAX number*

Print     Save As...     Reset